Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 12710
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: demareel@ballardspahr.com

*Attorneys for Defendant*
*Chase Bank USA, N.A.*

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DENNIS E. WENGLARZ,

Plaintiff,

v.

CHASE BANK USA, N.A., and EQUIFAX INFORMATION SERVICES, LLC,

Defendants.

Case No.: 2:15-cv-02443-RFB-PAL

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(First Request)**

Defendant Chase Bank USA, N.A. and plaintiff Dennis Wenglarz stipulate and agree that Chase has up to and including February 3, 2016 to respond to plaintiff's complaint, to provide time for Chase to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.

*[Continued on following page.]*

This request is made in good faith and not for purpose of delay.

Dated: January 8, 2016.

Ballard Spahr LLP

By: /s/ Lindsay Demaree
Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant Chase Bank USA, N.A.*

Kazerouni Law Group, APC

By: /s/ Michael Kind
Michael Kind
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
800-400-6808

Haines & Krieger, LLP
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
(702) 880-5554

*Attorneys for Plaintiff*

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

**ORDER**

IT IS SO ORDERED:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2016