Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 12710
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  (702) 471-7000
Facsimile:  (702) 471-7070
E-Mail:  vigila@ballardspahr.com
E-Mail:  demareel@ballardspahr.com

*Attorneys for Defendant
Chase Bank USA, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS E. WENGLARZ, | Case No.:  2:15-cv-02443-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| CHASE BANK USA, N.A., and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | **(Second Request)** |

Defendant Chase Bank USA, N.A. and plaintiff Dennis Wenglarz stipulate and agree that Chase has up to and including March 11, 2016 to respond to plaintiff's complaint, to provide time for Chase to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.

*[Continued on following page.]*

1   This request is made in good faith and not for purpose of delay.

2   Dated: January 28, 2016.

3   Ballard Spahr LLP                                    Kazerouni Law Group, APC

                                                         By:  /s/ Michael Kind
5   By: /s/ Lindsay Demaree                              Michael Kind
    Abran E. Vigil                                       Nevada Bar No. 13903
6   Nevada Bar No. 7548                                  7854 W. Sahara Avenue
    Lindsay Demaree                                      Las Vegas, Nevada 89117
7   Nevada Bar No. 11949                                 800-400-6808
    100 North City Parkway, Suite 1750
8   Las Vegas, Nevada 89106                              Haines & Krieger, LLP
                                                         David H. Krieger
9   *Attorneys for Defendant*                            Nevada Bar No. 9086
    *Chase Bank USA, N.A.*                               8985 S. Eastern Avenue, Suite 350
10                                                       Henderson, Nevada 89123
                                                         (702) 880-5554

                                                         *Attorneys for Plaintiff*


**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2016