1  Michael Kind, Esq. (SBN: 13903)
2  KAZEROUNI LAW GROUP, APC
   7854 W. Sahara Avenue
3  Las Vegas, NV 89117
   Phone: (800) 400-6808 x7
4  FAX: (800) 520-5523
5  mkind@kazlg.com

6  David H. Krieger, Esq. (SBN: 9086)
7  HAINES & KRIEGER, LLC
   8985 S. Eastern Avenue, Suite 350
8  Henderson, Nevada 89123
   Phone: (702) 880-5554
9  FAX: (702) 385-5518
   dkrieger@hainesandkrieger.com
10

11
   *Attorneys for Plaintiff, Dennis E Wenglarz*
12

13

14
                **UNITED STATES DISTRICT COURT**
15                   **DISTRICT OF NEVADA**

16

17

18 | Dennis E Wenglarz,                              | Case No.: 2:15-cv-02443-RFB-PAL |
19 |                                                 |                                 |
   |              Plaintiff,                         | **Stipulation of Dismissal of** |
20 | v.                                              | **Defendant Chase Bank USA,**   |
21 |                                                 | **National Association**        |
22 | Chase Bank USA, National                        |                                 |
   | Association and Equifax                         |                                 |
23 | Information Services LLC,                        |                                 |
24 |                                                 |                                 |
   |              Defendants.                        |                                 |
25
26
27
28

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Dennis E Wenglarz ("Plaintiff") and Defendant Chase Bank USA, National Association ("Chase") stipulate to dismiss with prejudice Plaintiff's claims against Chase only, in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 11th day of May 2016.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Ballard Spahr LLP**

By:  /s/  Lindsay C Demaree
Abran E. Vigil, Esq.
Lindsay C Demaree, Esq.
100 N. City Parkway
Suite 1750
Las Vegas, NV 89106
*Attorney for Defendant Chase Bank USA, National Association*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 16th day of May, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 11, 2016, the foregoing Stipulation of Dismissal of Defendant Chase Bank USA, National Association was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
       Michael Kind
       7854 W. Sahara Avenue
       Las Vegas, NV 89117